## BUCKEYE STAGES, INC et v P U C

Ohio Supreme Court
No. 22788.   Decided June 3, 1931

For full opinion see 124 Oh St 148 (Oh Bar 8-18-31).

## CLEVELAND RY CO v ORWIG
## CLEVELAND RY CO v INGLEDEW

Ohio Supreme Court
Nos 22815 and 22826.  Decided June 17, 1931

For full opinion see 124 Oh St 134 (Oh Bar 8-4-31).

## FELTON v COMMERCIAL NATIONAL BANK, et

Ohio Appeals, 5th Dist, Coshocton Co
Decided January 8, 1930

For full opinion see 177 NE 52; 39 Oh Ap 25 (Oh Bar 9-15-31).